IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OLD TIME POTTERY, LLC, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civil No. 3:21-cv-00398 )   Judge Trauger |
| GERTHA PRUITT, | ) ) |
|     Defendant. | ) |

## ORDER

On November 8, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 7), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Withdraw Reference and to Transfer Venue filed by Gertha Pruitt (Doc. No. 1) is DENIED WITHOUT PREJUDICE to being refiled (along with any request for transfer of venue) once this case is ready for trial.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge